# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES A. WAKEFIELD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   CIV-17-1006-R |
| | ) |
| SODEXO USA, | ) |
| | ) |
|     Defendant. | ) |

## PLAINTIFF'S FINAL WITNESS LIST

Plaintiff, Charles A. Wakefield through his attorney of record, Melvin C. Hall of Riggs, Abney, Neal, Turpen, Orbison & Lewis, pursuant to this Court's January 4, 2018, Order [DKT #11] files Plaintiff's Final Witness List.

1.     Charles Wakefield
    c/o Melvin C. Hall, OBA No. 3728
    RIGGS, ABNEY, NEAL, TURPEN,
      ORBISON & LEWIS
    528 NW 12th Street
    Oklahoma City, OK 73103

Will testify to subjects of his employment; his salary, as compared to William Humphrey and others; his job performance; the discipline he received as well as the discipline received by others; and his protected activity of complaints of discrimination, retaliation, and termination.

2.     Lisa Failing
    c/o Jeremy Tubb, OBA No. 16739
    Tiffany J. Wythe, OBA No. 21405
    FULLERUBB & BICKFORD, PLLC
    201 Robert S. Kerr Ave., Suite 1000
    Oklahoma City, Oklahoma 73102-4216

Will testify as to any specific knowledge of Plaintiff's employment; Plaintiff's salary, as compared to William Humphrey and others; Plaintiff's job performance; the discipline

Plaintiff received as well as the discipline received by others; and Plaintiff's protected activity of complaints of discrimination, retaliation, and termination.

3. Kevin Benda
   c/o Jeremy Tubb, OBA No. 16739
   Tiffany J. Wythe, OBA No. 21405
   FULLERUBB & BICKFORD, PLLC
   201 Robert S. Kerr Ave., Suite 1000
   Oklahoma City, Oklahoma 73102-4216

Will testify as to any specific knowledge of Plaintiff's employment; Plaintiff's salary, as compared to William Humphrey and others; Plaintiff's job performance; the discipline Plaintiff received as well as the discipline received by others; and Plaintiff's protected activity of complaints of discrimination, retaliation, and termination.

4. Joseph Heeb
   c/o Jeremy Tubb, OBA No. 16739
   Tiffany J. Wythe, OBA No. 21405
   FULLERUBB & BICKFORD, PLLC
   201 Robert S. Kerr Ave., Suite 1000
   Oklahoma City, Oklahoma 73102-4216

Will testify as to any specific knowledge of Plaintiff's employment; Plaintiff's salary, as compared to William Humphrey and others; Plaintiff's job performance; the discipline Plaintiff received as well as the discipline received by others; and Plaintiff's protected activity of complaints of discrimination, retaliation, and termination.

5. William Humphrey
   c/o Jeremy Tubb, OBA No. 16739
   Tiffany J. Wythe, OBA No. 21405
   FULLERUBB & BICKFORD, PLLC
   201 Robert S. Kerr Ave., Suite 1000
   Oklahoma City, Oklahoma 73102-4216

Will testify as to any specific knowledge of Plaintiff's employment; Plaintiff's salary, as compared to William Humphrey and others; Plaintiff's job performance; his salary compared to Plaintiffs; and the discipline Plaintiff received as well as the discipline received by others.

6. Raymond McMillion
   c/o Melvin C. Hall, OBA No. 3728
   RIGGS, ABNEY, NEAL, TURPEN,
     ORBISON & LEWIS
   528 NW 12th Street
   Oklahoma City, OK 73103

Will testify as to any specific knowledge of Plaintiff's employment; Plaintiff's salary, as compared to his salary and others; Plaintiff's job performance; and the discipline Plaintiff received as well as the discipline received by others.

7. Chuck Thomas
   c/o Jeremy Tubb, OBA No. 16739
   Tiffany J. Wythe, OBA No. 21405
   FULLERUBB & BICKFORD, PLLC
   201 Robert S. Kerr Ave., Suite 1000
   Oklahoma City, Oklahoma 73102-4216

Will testify as to any specific knowledge of Plaintiff's employment; Plaintiff's salary, as compared to William Humphrey and others; Plaintiff's job performance; the discipline Plaintiff received as well as the discipline received by others; and Plaintiff's protected activity of complaints of discrimination, retaliation, and termination.

8. Lorna Donatone
   c/o Jeremy Tubb, OBA No. 16739
   Tiffany J. Wythe, OBA No. 21405
   FULLERUBB & BICKFORD, PLLC
   201 Robert S. Kerr Ave., Suite 1000
   Oklahoma City, Oklahoma 73102-4216

Will testify as to any specific knowledge of Plaintiff's employment; Plaintiff's salary, as compared to William Humphrey and others; and the wage freeze directive that was attributed to her.

9. John Petro
   ADDRESS UNKNOWN

Will testify as to any specific knowledge of his employment; his salary; his job performance; and the discipline he received as well as his termination.

10. James Mike Majors
    ADDRESS UNKNOWN

Will testify as to any specific knowledge of Plaintiff's employment and Plaintiff's job performance.

11. John Milne
    ADDRESS UNKNOWN

Will testify as to any specific knowledge of Plaintiff's employment and Plaintiff's job performance.

12. Patricia O'Hara
    c/o Jeremy Tubb, OBA No. 16739
    Tiffany J. Wythe, OBA No. 21405
    FULLERUBB & BICKFORD, PLLC
    201 Robert S. Kerr Ave., Suite 1000
    Oklahoma City, Oklahoma 73102-4216

Will testify as to any specific knowledge of Plaintiff's employment; Plaintiff's salary, as compared to William Humphrey and others; Plaintiff's job performance; the discipline Plaintiff received as well as the discipline received by others; and Plaintiff's protected activity of complaints of discrimination, retaliation, and termination.

13. Chris Crelia
    c/o Norman Public Schools
    131 South Flood
    Norman, OK 73069

Will testify as to any specific knowledge of Plaintiff's employment, including but not limited to knowledge of Plaintiff's job performance as Manager Environmental Service (ES) Custodial II.

14. Olivia Dean
    c/o Norman Public Schools
    131 South Flood
    Norman, OK 73069

Will testify as to any specific knowledge of Plaintiff's employment, including but not limited to knowledge of Plaintiff's job performance as Manager Environmental Service (ES) Custodial II.

15. Carol Buron
    c/o Norman Public Schools
    131 South Flood
    Norman, OK 73069

Will testify as to any specific knowledge of Plaintiff's employment, including but not limited to knowledge of Plaintiff's job performance as Manager Environmental Service (ES) Custodial II.

16  Linda Parsons
    c/o Norman Public Schools
    131 South Flood
    Norman, OK 73069

Will testify as to any specific knowledge of Plaintiff's employment, including but not limited to knowledge of Plaintiff's job performance as Manager Environmental Service (ES) Custodial II.

17. Susan Powell
    c/o Norman Public Schools
    131 South Flood
    Norman, OK 73069

Will testify as to any specific knowledge of Plaintiff's employment, including but not limited to knowledge of Plaintiff's job performance as Manager Environmental Service (ES) Custodial II.

18. Paula Palermo
    c/o Norman Public Schools
    131 South Flood
    Norman, OK 73069

Will testify as to any specific knowledge of Plaintiff's employment, including but not limited to knowledge of Plaintiff's job performance as Manager Environmental Service (ES) Custodial II.

19. Kevin Hogan
 c/o Norman Public Schools
 131 South Flood
 Norman, OK 73069

Will testify as to any specific knowledge of Plaintiff's employment, including but not limited to knowledge of Plaintiff's job performance as Manager Environmental Service (ES) Custodial II.

20. Kelly Otis
 c/o Norman Public Schools
 131 South Flood
 Norman, OK 73069

Will testify as to any specific knowledge of Plaintiff's employment, including but not limited to knowledge of Plaintiff's job performance as Manager Environmental Service (ES) Custodial II.

21. All witnesses listed by Defendant, unless otherwise objected to.

22. Discovery is ongoing. Plaintiff reserves the right to supplement this list.

    Respectfully submitted,

    *s/ Melvin C. Hall*
    Melvin C. Hall, OBA No. 3728
    RIGGS, ABNEY, NEAL, TURPEN,
      ORBISON & LEWIS
    528 NW 12th Street
    Oklahoma City, OK 73103
    Telephone: (405) 843-9909
    Facsimile: (405) 842-2913
    Email: mhall@riggsabney.com

## CERTIFICATE OF SERVICE

I certify that on July 2, 2018, the forgoing pleading was electronically filed with the Clerk of the Court and was served using the ECF System to all counsel of record via the ECF System including to:

Jeremy Tubb, OBA No. 16739
Tiffany J. Wythe, OBA No. 21405
FULLERUBB & BICKFORD, PLLC
201 Robert S. Kerr Ave., Suite 1000
Oklahoma City, Oklahoma 73102-4216
Telephone: (405) 235-2575
Facsimile: (405) 232-8384
Email:  jeremy.tubb@fullertubb.com
           tiffany.wythe@fullertubb.com

*s/ Melvin C. Hall*