IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| CHARLES A. WAKEFIELD, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-17-1006-R |
| SODEXO USA, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT SODEXO OPERATIONS, LLC'S
OBJECTIONS TO PLAINTIFF'S FINAL EXHIBIT LIST**

Defendant Sodexo Operations, LLC ("Sodexo") submits the following objections to the exhibits identified in the Plaintiff's Final Exhibit List:

| No. | Description | Objection | Rule(s) |
|---|---|---|---|
| 1. | EEOC file; Charge No. 564-2017-00183 | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (if specific documents from the EEOC file are identified, Defendant may waive objection) | 401–403, All objections reserved until properly identified. |
| 2. | EEOC file; Charge No. 564-2016-00573 | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (if specific documents from the EEOC file are identified, Defendant may waive objection) | 401–403, All objections reserved until properly identified. |
| 3. | Plaintiff's EEOC records for 564-2016-00573 | Insufficient Identification | All objections reserved until properly identified. |
| 4. | Plaintiff's EEOC records for 564-2016-1475 | Insufficient Identification | All objections reserved until properly identified. |

| No. | Description | Objection | Rule(s) |
|---|---|---|---|
| 5. | Plaintiff's EEOC records for 564-2017-00183 | Insufficient Identification | All objections reserved until properly identified. |
| 6. | Plaintiff's OESC Notice of Determination | Inadmissible by Statute | 40 O.S. § 2-610.1 |
| 7. | March 15, 2016 Email stream between Plaintiff and Paula Palermo re: Fw: QC Inspection | Relevance, Confusion of the Issues, Waste of Time, Hearsay if offered by Plaintiff, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3478–3479) | 401–403, 801–802, All objections reserved until properly identified. |
| 8. | February 29, 2016, Email from Kelly Otis to Plaintiff re: Reagan Elementary | Relevance, Confusion of the Issues, Waste of Time, Hearsay if offered by Plaintiff, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3477) | 401–403, 801–802, All objections reserved until properly identified. |
| 9. | July 21, 2015, Email stream between Lisa Failing and Plaintiff re: Environmental Services Manager 2 Salary | Rule of Completeness, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3472–3474) | 106, All objections reserved until properly identified. |
| 10. | January 27, 2015, email from Plaintiff to Kevin Benda re: Discussion Item | Insufficient Identification, Unfair Surprise (document has not been provided to Defendant) | All objections reserved until the document is produced and properly identified. |
| 11. | March 22, 2015, Email from Kevin Benda to Charles Wakefield re: Patricia O'Hara's Report | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3471) | 401–403, All objections reserved until properly identified. |
| 12. | February 28, 2015, Email from Plaintiff to Chris Crelia re: Visit | Relevance, Confusion of the Issues, Waste of Time, Hearsay if offered by Plaintiff, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3470) | 401–403, 801–802, All objections reserved until properly identified. |

| No. | Description | Objection | Rule(s) |
|---|---|---|---|
| 13. | February 20, 2015 Email from Plaintiff to Linda B., no subject | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3469) | 401–403, All objections reserved until properly identified. |
| 14. | February 14, 2015, Email stream between Plaintiff and Carol Burton re: New Custodian | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3468) | 401–403, All objections reserved until properly identified. |
| 15. | February 14, 2015, Email stream between Plaintiff and Linda Parsons re: Cleaning | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3467) | 401–403, All objections reserved until properly identified. |
| 16. | February 11, 2015, Email stream between Plaintiff and Carol Burton re: Site Visit | Relevance, Confusion of the Issues, Waste of Time, Hearsay if offered by Plaintiff, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3466) | 401–403, 801–802, All objections reserved until properly identified. |
| 17. | February 6, 2015, Email stream between Plaintiff and Kevin Benda, re: Site Visit | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3465) | 401–403, All objections reserved until properly identified. |
| 18. | February 4, 2015, Email stream between Plaintiff and Chris Crelia re: rooms 11, 12, 14 and 15 | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3464) | 401–403, All objections reserved until properly identified. |
| 19. | February 1, 2015, Email stream between Plaintiff and Susan Powell re: QC Inspection | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3462–3463) | 401–403, All objections reserved until properly identified. |
| 20. | January 16, 2015, Email stream between Plaintiff and Chris Crelia re: QC Inspection | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3460) | 401–403, All objections reserved until properly identified. |

| No. | Description | Objection | Rule(s) |
|---|---|---|---|
| 21. | January 14, 2015 8:40 a.m., Email stream between Plaintiff and Paula Palermo re: QC Inspection | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3457-3458) | 401–403, All objections reserved until properly identified. |
| 22. | January 14, 2015, 8:13 a.m., Email stream between Plaintiff and Paula Palermo re: QC Inspection | Relevance, Confusion of the Issues, Waste of Time, Hearsay if offered by Plaintiff, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3459) | 401–403, 801–802, All objections reserved until properly identified. |
| 23. | January 6, 2015, Email stream between Plaintiff and Kevin Benda, re: Write Ups | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3455-3456) | 401–403, All objections reserved until properly identified. |
| 24. | January 28, 2015, Email stream between Plaintiff and Carol Burton re: Cleaning Crew | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3461) | 401–403, All objections reserved until properly identified. |
| 25. | December 4, 2014, Email stream among Plaintiff, Kevin Benda, and Blayke [William] Humphrey re: Needs | Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3452-3453) | All objections reserved until properly identified. |
| 26. | December 4, 2014, Email stream between Plaintiff and Kevin Hogan re: Cleaning | Relevance, Confusion of the Issues, Waste of Time, Hearsay, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3451) | 401–403, 801–802, All objections reserved until properly identified. |
| 27. | December 19, 2014, Email stream between Plaintiff and Kevin Benda, re: Concerns | Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3454) | All objections reserved until properly identified. |
| 28. | FY15 Performance Review for Plaintiff | Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3495–3510) | All objections reserved until properly identified. |

| No. | Description | Objection | Rule(s) |
|---|---|---|---|
| 29. | February 23, 2016, Constructive Counseling Notice for Non-Exempt | Rule of Completeness (It is presumed Plaintiff is referring to WAKEFIELD 3515–3518) | 106, All objections reserved until properly identified. |
| 30. | September 16, 2015, Constructive Counseling Letter with Action Plan | Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3487–3493) | All objections reserved until properly identified. |
| 31. | January 19, 2016, Constructive Counseling Notice for Non-Exempt | Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 3511–3514) | All objections reserved until properly identified. |
| 32. | Custodial Shift Report – December 18, 2013 through February 22, 2016 | Relevance, Confusion of the Issues, Waste of Time, Insufficient Identification (It is presumed Plaintiff is referring to WAKEFIELD 0001–3450) | 401–403, All objections reserved until properly identified. |
| 33. | All exhibits produced through depositions taken in this case | Insufficient identification | All objections reserved until properly identified. |
| 34. | All exhibits listed by Defendant, unless otherwise objected to | Insufficient identification | All objections reserved until properly identified. |
| 35. | Discovery is ongoing. Plaintiff reserves the right to supplement this list. | Insufficient identification | All objections reserved until properly identified. |

        Respectfully submitted,

        s/Jeremy Tubb
        Jeremy Tubb, OBA #16739
        Tiffany J. Wythe, OBA #21405
        FULLER TUBB & BICKFORD, PLLC
        201 Robert S. Kerr, Ste. 1000
        Oklahoma City, OK  73102-4216
        Telephone: (405) 235-2575
        Facsimile: (405) 232-8384
        jeremy.tubb@fullertubb.com
        tiffany.wythe@fullertubb.com
        *Attorneys for Defendant Sodexo*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2018, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing.  The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

    Melvin C. Hall
    Riggs, Abney, Neal, Turpen,
    Orbison & Lewis
    528 NW 12th Street
    Oklahoma City, OK  73103
    mhall@riggsabney.com

        s/Jeremy Tubb
        Jeremy Tubb