# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES A. WAKEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-17-1006-R |
| ) | |
| SODEXO USA, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT SODEXO OPERATIONS, LLC'S FINAL LIST OF WITNESSES

Defendant Sodexo Operations, LLC ("Sodexo"), hereby submits its final list of witnesses in this matter. Discovery is ongoing, and Sodexo hereby reserves the right to amend this list as the Court may allow. Sodexo's final list of witnesses is as follows:

### I. Witnesses Expected to be Called:

| No. | Name & Address | Brief Summary of Expected Testimony |
|---|---|---|
| 1. | Plaintiff Charles A. Wakefield<br>c/o Melvin C. Hall<br>Riggs, Abney, Neal, Turpen, Orbison & Lewis<br>528 NW 12th Street<br>Oklahoma City, OK  73103<br>(405) 843-9909 | Deposed. |
| 2. | Kevin Benda<br>c/o Jeremy Tubb and Tiffany J. Wythe<br>Fuller Tubb & Bickford, PLLC<br>201 Robert S. Kerr, Ste. 1000<br>Oklahoma City, OK  73102-4216<br>(405) 235-2575 | Will testify as to the Plaintiff's employment with Sodexo and any and all aspects of the Plaintiff's allegations against Sodexo. |

| No. | Name & Address | Brief Summary of Expected Testimony |
|---|---|---|
| 3. | Lisa Failing<br>c/o Jeremy Tubb and<br>Tiffany J. Wythe<br>Fuller Tubb & Bickford, PLLC<br>201 Robert S. Kerr, Ste. 1000<br>Oklahoma City, OK 73102-4216<br>(405) 235-2575 | Will testify as to the Plaintiff's employment with Sodexo, Plaintiff's internal complaints about the amount of his salary, and any and all aspects of the Plaintiff's allegations against Sodexo. |
| 4. | Patricia O'Hara<br>c/o Jeremy Tubb and<br>Tiffany J. Wythe<br>Fuller Tubb & Bickford, PLLC<br>201 Robert S. Kerr, Ste. 1000<br>Oklahoma City, OK 73102-4216<br>(405) 235-2575 | Will testify as to her observations of Plaintiff's job performance and any and all aspects of Plaintiff's allegations against Sodexo. |

**II.     Witnesses Who May be Called if the Need Arises:**

| No. | Name & Address | Brief Summary of Expected Testimony |
|---|---|---|
| 1. | Chuck Thomas<br>c/o Jeremy Tubb and<br>Tiffany J. Wythe<br>Fuller Tubb & Bickford, PLLC<br>201 Robert S. Kerr, Ste. 1000<br>Oklahoma City, OK 73102-4216<br>(405) 235-2575 | May testify as to the Plaintiff's employment with Sodexo and any and all aspects of the Plaintiff's allegations against Sodexo. |
| 2. | Joseph Heeb<br>1110 Cross Plains Drive<br>Allen, TX 750133<br>(214) 418-0651<br>(last known contact) | May testify as to the Plaintiff's employment with Sodexo and any and all aspects of the Plaintiff's allegations against Sodexo. |
| 3. | James Mike Majors<br>3700 Ives Way<br>Norman, OK 73072<br>(last known contact) | May testify as to the Plaintiff's employment with Sodexo and any and all aspects of the Plaintiff's allegations against Sodexo. |

| No. | Name & Address | Brief Summary of Expected Testimony |
|---|---|---|
| 4. | Peter Liesenfeld<br>Principal<br>Norman North High School<br>c/o Norman Public Schools<br>131 South Flood Avenue<br>Norman, OK 73069 | May testify as to his observations of Plaintiff's job performance and any and all aspects of Plaintiff's allegations against Sodexo. |
| 5. | Patrick Gay<br>Principal<br>Irving Middle School<br>c/o Norman Public Schools<br>131 South Flood Avenue<br>Norman, OK 73069 | May testify as to his observations of Plaintiff's job performance and any and all aspects of Plaintiff's allegations against Sodexo. |
| 6. | John Shea<br>4100 N Flood Ave<br>Norman, OK 73069<br>(405) 573-3551 | May testify as to his observations of Plaintiff's job performance and any and all aspects of Plaintiff's allegations against Sodexo. |
| 7. | Amy Allen<br>4100 N Flood Ave<br>Norman, OK 73069<br>(405) 573-3551 | May testify as to her observations of Plaintiff's job performance and any and all aspects of Plaintiff's allegations against Sodexo. |
| 8. | Steven Leavitt<br>4100 N Flood Ave<br>Norman, OK 73069<br>(405) 573-3551 | May testify as to his observations of Plaintiff's job performance and any and all aspects of Plaintiff's allegations against Sodexo. |

Respectfully submitted,

s/Jeremy Tubb
Jeremy Tubb, OBA #16739
Tiffany J. Wythe, OBA #21405
FULLER TUBB & BICKFORD, PLLC
201 Robert S. Kerr, Ste. 1000
Oklahoma City, OK  73102-4216
Telephone: (405) 235-2575
Facsimile: (405) 232-8384
jeremy.tubb@fullertubb.com
tiffany.wythe@fullertubb.com
*Attorneys for Defendant Sodexo*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2018, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing.  The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Melvin C. Hall
Riggs, Abney, Neal, Turpen,
Orbison & Lewis
528 NW 12th Street
Oklahoma City, OK  73103
mhall@riggsabney.com

s/Jeremy Tubb
Jeremy Tubb