## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES A. WAKEFIELD, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-17-1006-R |
| | ) | |
| SODEXO USA, | ) | |
| | ) | |
|     Defendant. | ) | |

## DEFENDANT SODEXO OPERATIONS, LLC'S FINAL LIST OF EXHIBITS

Defendant Sodexo Operations, LLC ("Sodexo"), hereby submits its final list of exhibits in this matter. Discovery is ongoing, and Sodexo hereby reserves the right to amend this list as the Court may allow. Sodexo's final list of exhibits is as follows:

### I.   Exhibits Expected to be Used

| No. | Exhibit | Bates Label |
|---|---|---|
| 1. | Plaintiff's Resume | WAKEFIELD 3680–3683 |
| 2. | Letter to Plaintiff dated January 16, 2008 re: merit increases for FY07 | SODEXO 0869 |
| 3. | Letter to Plaintiff dated January 14, 2009 re: merit increases for FY08 | SODEXO 0873–0874 |
| 4. | Prospective Job Posting Exemption Authorization Form | SODEXO 0876–0877 |
| 5. | Plaintiff's FY10 Annual Review | SODEXO 1057–1058 |
| 6. | Letter to Plaintiff dated January 10, 2011 re: merit increases for FY10 | SODEXO 0882 |
| 7. | Letter to Plaintiff dated January 10, 2012 re: termination from Langston University contract | SODEXO 0885–0889 |
| 8. | Email to Tina Mattis dated October 2, 2012 re: Offer Accepted by Plaintiff | SODEXO 0894–0895 |
| 9. | Performance Improvement Plan issued to Plaintiff on March 11, 2013 | SODEXO 1071–1072 |
| 10. | Plaintiff's FY13 Annual Review | SODEXO 1073–1084 |

| 11. | Documented Coaching issued to Plaintiff on February 10, 2014 | SODEXO 1085 |
|---|---|---|
| 12. | Letter to Plaintiff dated April 18, 2014 re: failure to meet requirements for FY14 merit increase | SODEXO 1009 |
| 13. | Constructive Counseling/Written Coaching and Action Plan issued to Plaintiff on October 6, 2014 | SODEXO 1105–1114 |
| 14. | Plaintiff's FY14 Annual Review | SODEXO 1089–1101 |
| 15. | Client Visit Report from Patricia O'Hara dated March 2, 2015 | SODEXO 2405–2409 |
| 16. | Email from Lisa Failing to Plaintiff dated April 13, 2015 re: Plaintiff's disagreement with FY14 Annual Review | SODEXO 1252 |
| 17. | Email chain from Kevin Benda to Lisa Failing dated August 14, 2015 re: Environmental Services Manager 2 Salary | SODEXO 1283–1289 |
| 18. | Constructive Counseling Letter with Action Plan issued to Plaintiff on September 16, 2015 | WAKEFIELD 3487–3493 |
| 19. | Letter to Plaintiff dated September 21, 2015 re: pay rate change | WAKEFIELD 3494 |
| 20. | Email chain from Trina Anzalone to Kevin Benda and Lisa Failing dated September 28, 2015 re: Plaintiff's rejection of his pay increase | SODEXO 1538–1540 |
| 21. | Email chain from Plaintiff to Lisa Failing dated September 30, 2015 re: Plaintiff's rejection of his pay increase | SODEXO 1304–1305 |
| 22. | Email chain from Plaintiff to Lisa Failing dated October 2, 2015 re: Plaintiff's rejection of his pay increase | SODEXO 1576–1579 |
| 23. | Email chain from Chuck Thomas to Plaintiff dated October 7, 2015 re: Plaintiff's rejection of his pay increase | SODEXO 1323–1327 |
| 24. | Plaintiff's FY15 Performance Review | WAKEFIELD 3495–3510 |
| 25. | Action Plan issued to Plaintiff on September 16, 2015 with Results/Follow-up Comments | SODEXO 1157–1171 |
| 26. | Constructive Counseling/Written Warning issued to Plaintiff on January 19, 2016 | SODEXO 1172–1175 |
| 27. | Fax from Plaintiff to Barbara Peck dated February 23, 2016 re: Plaintiff's comments to his January 19, 2016 Constructive Counseling/Written Warning | SODEXO 1184–1188 |
| 28. | Constructive Counseling/Termination Notice issued to Plaintiff on February 23, 2016 | SODEXO 1189–1201 |

II.    **Exhibits Which May Be Used if the Need Arises**

| No. | Exhibit | Bates Label |
|---|---|---|
| 29. | Plaintiff's EEOC Charge of Discrimination dated October 21, 2015 | WAKEFIELD 3522–3523 |
| 30. | Plaintiff's EEOC Intake Questionnaire and Attachment A submitted August 21, 2015 | WAKEFIELD 3530–3534 |
| 31. | Plaintiff's EEOC Charge of Discrimination submitted March 22, 2016 | WAKEFIELD 3558 |
| 32. | Plaintiff's EEOC Intake Questionnaire submitted February 8, 2016 | WAKEFIELD 3574–3577 |
| 33. | Plaintiff's EEOC Charge of Discrimination submitted February 22, 2017 | WAKEFIELD 3662–3663 |
| 34. | Plaintiff's EEOC Intake Questionnaire submitted November 11, 2017 | WAKEFIELD 3670–3673 |
| 35. | Plaintiff's Responses to Defendant Sodexo Operations LLC's First Set of Interrogatories to Plaintiff | |
| 36. | All exhibits which may be identified through on-going discovery and not objected to by Defendant | |
| 37. | All exhibits listed by Plaintiff not objected to by Defendant | |
| 38. | Exhibits attached to depositions not objected to by Defendant | |
| 39. | Exhibits necessary for impeachment of and/or rebuttal of Plaintiff's witnesses and/or exhibits | |
| 40. | Demonstrative exhibits, visual aids, and summaries | |

Respectfully submitted,

/s/Jeremy Tubb
Jeremy Tubb, OBA #16739
Tiffany J. Wythe, OBA #21405
FULLER TUBB & BICKFORD, PLLC
201 Robert S. Kerr, Ste. 1000
Oklahoma City, OK  73102-4216
Telephone: (405) 235-2575
Facsimile: (405) 232-8384
jeremy.tubb@fullertubb.com
tiffany.wythe@fullertubb.com
*Attorneys for Defendant Sodexo*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing.  The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Melvin C. Hall
Riggs, Abney, Neal, Turpen,
Orbison & Lewis
528 NW 12th Street
Oklahoma City, OK  73103
mhall@riggsabney.com

/s/Jeremy Tubb
Jeremy Tubb