

02/10/2014

Charles Wakefield
1106 Sunny Brook Dr.
Edmond, OK 73034

Dear Charles:

This letter is a follow up to an event within your control and serves as a documented coaching. It is being administered in accordance with Sodexo Company Policy.

The notice is a result of the following issue: On 02/10/2014, it became apparent that you did not notify an employee who directly reports to you wheather she could have a requested day off, as well as, schedule a replacement custodian to work her assigned shift in her place. Today, the school called and stated that they did not have a custodian on duty.

In order for your conduct to be satisfactory, you must complete all of your assigned tasks' in a timely manner and to ensure proper staffing is maintained at your assigned school sites.

Any further inappropriate conduct, behavior, poor performance or failure to carry out your managerial responsibilities will lead to additional constructive counseling up to and including termination. I refer you to Sodexo's Promise of Respect and Fair Treatment. If you wish to do so, you may initiate this process at any point in time. Please sign below to acknowledge receipt of this letter, and return it to my attention.

Charles, we want you to succeed with Sodexo. I am available to assist you as necessary, but ultimately you are responsible for your performance.

Sincerely,

Kevin Benda
General Manager

Received by: ___Charles Wakefield___   02/10/14
               Charles Wakefield         DATE

CC: Kevin Benda
Lisa Failing, Director, Human Resources

**EXHIBIT 6** (tabbies)