

## Constructive Counseling Notice for Non-Exempt

| | | | |
|---|---|---|---|
| Employee Name: | Charles Wakefield | Date Counseling Delivered: | 01/19/2016 |
| Employee Id#: | 5136287 | Account Name & Dept: | Norman PS - Custodial |
| Employee Position: | Manager | Supervisor's Name: | Kevin Benda |

Type of Constructive Counseling (check One):  ◯ Written Coaching   ● Written Warning   ◯ Termination

1. Describe the unsatisfactory performance, behavior or conduct that led to this disciplinary action. (Provide specific details such as date and place.)

Charles, after reviewing the action plan that was administered to you on 9/16/2015, and which we discussed your progress on 11/16/2015, and again on 12/21/2015, the following items have not been addressed to company standards;

- Failure to document employee absences according to unit procedures for your assigned schools
- Failure to cover open positions for employees who are absent in your assigned schools
- Failure to meet cleaning procedures/standards at Reagan ES, Longfellow MS, and Norman North HS
- Failure to accurately report your paid time off on 10/29 and 10/30; and most recently on 1/4/2016, 1/5/2016, and 1/6/2016
- Failure to follow Sodexo standards related to employee recognition
- Failure to follow discipline for poor performance of your direct reports
- Failure to follow standards related to customer communication, specifically follow up to principals on service issues

2. Who observed the behavior?

Kevin Benda, GM

3. Describe what effect the employee's unsatisfactory performance, behavior or conduct had on the workplace

In the spirit of service, we expect our people to demonstrate professionalism, enthusiasm, integrity and a welcoming attitude. When this does not occur, this affects your ability to make effective decisions and your ability to work well with others. Behaviors such as not following through with said policies also interrupts the smooth flow of the workplace, which creates undue hardship for the entire team.

- Failure to document employee absences according to unit procedures for his assigned schools - integrity / inaccurate payroll and tracking of time off
- Failure to cover open positions for employees who are absent in his assigned schools - operational and communication failure
- Failure to meet cleaning procedures/standards at Reagan ES, Longfellow MS, and Norman North HS - operational failure
- Failure to accurately report your own paid time off on 10/29 and 10/30; and most recently on 1/4/2016, 1/5/2016, and 1/6/2016 - integrity / inaccurate payroll and tracking of time off
- Failure to follow Sodexo standards related to employee recognition - morale and leadership failure
- Failure to follow discipline for poor performance of your direct reports - leadership and professionalism failure
- Failure to follow standards related to customer communication, specifically principals on service issues - operational failure

EXHIBIT 12

Case 5:17-cv-01006-R   Document 27-12   Filed 01/02/19   Page 2 of 4



## Constructive Counseling Notice for Non-Exempt

4. Describe the expected performance, behavior or conduct of the employee in the future and the expected time-frame for the employee to achieve satisfactory performance, behavior or conduct.

> Sodexo employees are expected to perform their job duties to the highest professional, ethical and business standards at all times. You are expected to demonstrate professional conduct which reflects initiative, common sense, integrity, responsibility, efficiency and good judgment at all times, and to abide by the employment handbook policies.
>
> Your attention to the items listed in section I are critical in ensuring that the unit is in compliance with Sodexo policies and procedures and that you are meeting the core requirements of your position.
>
> Excellence in service means finding every opportunity for improvement and taking initiative to make those improvements in your daily routine as a manager.
>
> Due to the concerns of our clients and consumers, you constantly have to adjust your services to meet their expectations. You must listen to their needs and pay attention to detail. You must make ourselves available and be responsive.
>
> It is the expectation that all employees achieve the expected level of satisfactory performance, so holding your employees accountable is expected.
>
> As a manager, you are expected to work a flex schedule from day to day in order to meet service standards. You have chosen to arrive and leave at the same time from day to day, therefore you are not available to address service concerns as they arise while your employees are engaged in work activities.
>
> You are expected to perform your job duties to the highest professional, ethical and business standards at all times.
>
> It is expected that these items are corrected immediately without exception.

5. Describe what the consequences are for failure to correct.

> You are expected to immediately comply with all Company policies and procedures, and sustain that compliance for the duration of your employment with Sodexo.
>
> Any further incidents of failure to meet and maintain all policies and procedures including performance and attendance will result in further disciplinary action up to and including termination.

Constructive Counseling Notice for Non-Exempt /11.2012                                                                                                       Page 2

Confidential and Proprietary To Sodexo

SODEXO 1173



## Constructive Counseling Notice for Non-Exempt

6. Has the employee been told about the Promise of Respect and Fair Treatment?   ● YES    ○ NO

Under the Promise of Respect & Fair Treatment, you have the right to appeal this action. To do so, please contact:

Name: Joseph Heeb              Phone Number: 214-418-0651

*[Manager's Signature]*                    01/18/2016
Manager's Signature                        Date

EMPLOYEE ACKNOWLEDGEMENT:

Employee Comments:

(Employee REFUSED to sign)

Employee Signature        Date        Witness Signature        Date

The employee's signature does not necessarily indicate agreement with the content of this Constructive Counseling Notice but does, at least, acknowledge receipt of the form and the content (or lack) of employee comments. An employee's decision not to sign the form should be noted on the employee's signature line, preferably with a witness present. The witness should initial the notation of refusal to sign as well.

(Distribution: Original to employee's file, Copy to employee)



## Constructive Counseling Notice for Non-Exempt

### Additional Comments

*(Please reference the applicable section of this form when making additional comments.)*

\* Employee refused to sign. STATED WE just need to do what we need to do AND HE will do what he needs to do. Also STATED THIS WAS Bogus + Didn't Agree. WAnted time to read it over + STATED HE would HAve comments lATER, no comments FRom Employee AS of 1/25/2016.