

## Constructive Counseling Notice for Non-Exempt

| | | | |
|---|---|---|---|
| Employee Name: | Charles Wakefield | Date Counseling Delivered: | 02/23/2016 |
| Employee Id#: | 5136287 | Account Name & Dept: | Norman PS - Custodial |
| Employee Position: | Manager | Supervisor's Name: | Kevin Benda |

Type of Constructive Counseling (check One):   ( ) Written Coaching    ( ) Written Warning    (●) Termination

1. Describe the unsatisfactory performance, behavior or conduct that led to this disciplinary action. (Provide specific details such as date and place.)

Charles, after reviewing the action plan that was administered to you on 9/16/2015, and which we discussed your progress on 11/16/2015, and again on 12/21/2015, the following items have not been addressed to company standards;

• Failure to document employee absences according to unit procedures for your assigned schools - pattern continues to date on your part as Environmental Services Manager
• Failure to cover open positions for employees who are absent in your assigned schools - pattern continues to date on your part as Environmental Services Manager
• Failure to meet cleaning procedures/standards at Reagan Elementary School, Longfellow Middle School, and Norman North High School - client dissatisfaction continues as documented by numerous e-mails in regard to sub-standard cleaning practices under your leadership from January 25, 2016 - February 19, 2016
• Failure to accurately report your paid time off on 2 occasions in October 2015; and most recently on January 4-5, 2016
• Failure to follow Sodexo standards related to employee recognition, no action since this was documented as an expectation on January 19, 2016
• Failure to follow Sodexo policy on documenting poor performance of your direct report frontline employees, specifically attendance and work schedule policy violations
• Failure to follow standards related to customer communication, specifically follow up to assigned principals on service issues - pattern continues to date on your part as the ES manager

2. Who observed the behavior?

Kevin Benda, General Manager
School District Principals

3. Describe what effect the employee's unsatisfactory performance, behavior or conduct had on the workplace

Your lack of attention and action to improve your performance has resulted in the loss of trust in your abilities to manage as an Environmental Services Manager with Sodexo, and with our Administration and Principals at Norman Public Schools, in Norman, Oklahoma.

> **EXHIBIT**
>
> tabbies®
>
> 14

SODEXO 1189
Confidential and Proprietary To Sodexo



## Constructive Counseling Notice for Non-Exempt

4.  Describe the expected performance, behavior or conduct of the employee in the future and the expected time-frame for the employee to achieve satisfactory performance, behavior or conduct.

Immediate termination of employment

5.  Describe what the consequences are for failure to correct.

Immediate termination of employment

SODEXO 1190
Confidential and Proprietary To Sodexo



## Constructive Counseling Notice for Non-Exempt

6. Has the employee been told about the Promise of Respect and Fair Treatment?   ● YES   ○ NO

Under the Promise of Respect & Fair Treatment, you have the right to appeal this action. To do so, please contact:

Name: Joseph Heeb          Phone Number: 214-418-0651

_____          _____
Manager's Signature                    02/23/2016
                                              Date

EMPLOYEE ACKNOWLEDGEMENT:

Employee Comments:

Refused to sign    2/23/16

_____  _____  _____  _____
Employee Signature            Date          Witness Signature             Date
                                                    Joe Heeb                  2/23/16

The employee's signature does not necessarily indicate agreement with the content of this Constructive Counseling Notice but does, at least, acknowledge receipt of the form and the content (or lack) of employee comments. An employee's decision not to sign the form should be noted on the employee's signature line, preferably with a witness present. The witness should initial the notation of refusal to sign as well.

(Distribution: Original to employee's file, Copy to employee)

SODEXO 1191
Confidential and Proprietary To Sodexo



## Constructive Counseling Notice for Non-Exempt

### Additional Comments

*(Please reference the applicable section of this form when making additional comments.)*

SODEXO 1192

Confidential and Proprietary To Sodexo




●●●○○ AT&T 🤙          9:42 AM          🡥 ⏰ 🔵 🔋

<  Messages          **Nicholas**          Details

Kevin just got this from holly Nevels re NNHS "Steve just sent this. Said it was taken at 7:30 a.m. The building is totally disgusting. Can you get Kevin over there to meet with Steve and work on this. It is really gross. And I'm thankful Steve/Pete are good about checking the building for stuff like this."





📷  iMessage          🎤



**Benda, Kevin**

| | |
|---|---|
| **From:** | Collette Gainey <cgainey@norman.k12.ok.us> |
| **Sent:** | Thursday, February 04, 2016 9:09 AM |
| **To:** | Benda, Kevin |
| **Subject:** | Fwd: Kevin Benda Sodexo Custodial |

Did you see this ?
Collette
---------- Forwarded message ----------
From: **Steve Spears** <sspears@norman.k12.ok.us>
Date: Thu, Feb 4, 2016 at 8:51 AM
Subject: Re: Kevin Benda Sodexo Custodial
To: Collette Gainey <cgainey@norman.k12.ok.us>

Can you have Kevin contact me today? This building is not being clean. The commons floor has not been mopped in weeks. This building is disgusting filthy. Our students deserve better. It's embarrassing and a bad mark on Sodexo. My number is 630-4241. Thank you

Steve Spears
Assistant Principal
Norman North High School

On Thu, Jan 28, 2016 at 8:14 AM, Steve Spears <sspears@norman.k12.ok.us> wrote:
That would be great. Thank you

Steve Spears
Assistant Principal
Norman North High School

On Thu, Jan 28, 2016 at 7:02 AM, Collette Gainey <cgainey@norman.k12.ok.us> wrote:
This is to let you know that Kevin will be out of the office until Monday.  We will email you on Monday to find a time that is good for you so he can come in and talk to you.

Thank you,

Collette Gainey
Sodexo Custodial

## Benda, Kevin

| | |
|---|---|
| **From:** | Wakefield, Charles |
| **Sent:** | Friday, February 05, 2016 7:29 PM |
| **To:** | Benda, Kevin |
| **Subject:** | Re: NNHS |

Kevin,
Can not find any brooms and dust pans, Milan said there are none and there is no stainless steel cleaner.

Thanks.....

Sent from my iPhone

On Feb 5, 2016, at 4:11 PM, Benda, Kevin <Kevin.Benda@sodexo.com> wrote:

> Charles,
>
> Tomorrow, I will be working with some people trying to get the halls and restrooms up to standards, as you can see from all the pictures I sent you this morning, it is still not getting done.
>
> I need you to have supplies in the main custodial office for the people to use tomorrow to;
> - Sweep the halls (brooms, dustpans, etc.)
> - Clean the halls (rags, green pads, etc.)
> - Water fountains (stainless steel cleaner, lemon oil, end dust, etc.)
> - Scrub floor (both scrubbers charged and all the dirty water drained from tonight)
> - Buff the floors (propane)
> - Change lights (light bulbs for restrooms)
>
> If Erica wants to run the crew and work with them, she is welcome, as we are working 8am-noon, 4 hours.
>
> Also, more effort needs to be made to ensure the expectations are being met at NNHS, because they currently are not.  In addition to you performing 2 inspections nightly, I also would like you to leave for me a colored map of the school and employees names next to the shift that they worked.  This will help me hold people accountable.
>
> Please let me know if you have any questions.
>
> Thanks, Kevin
>
> --------------------------------------------------------
> **Kevin Benda**
> General Manager
> **On-site Service Solutions**
> School Services - Custodial
> T: 405 573 3551
> Mb: 405 740 4902
> F: 405 573 3593
> kevin.benda@sodexo.com
>
> **Sodexo Education**

1
SODEXO 1195

## Benda, Kevin

| | |
|---|---|
| **From:** | Peter Liesenfeld <peterl@norman.k12.ok.us> |
| **Sent:** | Friday, February 19, 2016 1:02 PM |
| **To:** | Benda, Kevin |
| **Cc:** | Chad Hall; Steve Spears |
| **Subject:** | Re: Kevin Benda Sodexo Custodial |

Negatives:

Outside trash doesn't appear to be done in weeks.

Floors are bearable, but certainly not what I would consider good or great.

Commons floor is a lost cause. I force myself not to look at the filth every time I have duty in the morning, during lunch, or walk by it during the day. I have to physically force myself to avert my eyes before becoming so angry I can't function for a few moments. It's not worth my stress any more at this point, so I do my best to ignore it. In summary: it's as bad or worse than it has been all year.

Hallways behind commons, especially near custodial offices, are equally filthy.

Not sure on classrooms/bathrooms/trash inside too much, but since I haven't heard specific complaints it is either because things are better, or teachers are tired of complaining and don't do it anymore.

Positives:

Erica is a great lead. She is working hard, cares about the school, is professional, and great to communicate with.

Kenny is fantastic during the day. Anything we need he is always attentive. He is responsive to us, and his crew.

The two leads are not to blame for this, in my opinion.

Heading in the right direction:

We need to work on the plan I spoke with you about. We need to not only work with students in this building to help gain pride for the school and themselves, to work on perseverance, grit, and character. The reality is that continues to bombard us is that we either do not have the resources, or the personnel, to maintain this school. The reality is what it is, and I would much rather work on solutions than continue to receive inspection notices placed on my desk indicating that things could use improvement (which I certainly agree with) then no correction of the indicated deficiencies. I have wondered recently if these inspection notices are notices that I should be addressing with custodial staff? I thought it was for information only, but if I am supposed to address this, I can.

So, we can get students to do a lot of the leg work, they will volunteer to do it (we won't force anybody) we will have parent consent, and we will be able to do some of the things that can allow the personnel at night to focus more on the high priority needs.

**Benda, Kevin**

| | |
|---|---|
| **From:** | Wakefield, Charles |
| **Sent:** | Tuesday, January 26, 2016 10:11 AM |
| **To:** | Benda, Kevin |
| **Subject:** | Fwd: Custodial Assessments Irving Middle School |

Sent from my iPhone

Begin forwarded message:

> **From:** Patrick Gay <pgay@norman.k12.ok.us>
> **Date:** January 26, 2016 at 9:25:55 AM CST
> **To:** "Wakefield, Charles" <Charles.Wakefield@sodexo.com>
> **Subject: Re: Custodial Assessments Irving Middle School**
>
> Yes, I will be available at that time to meet with you. Please come to the main office at Irving
> and I will meet you there.
> Thank you,
>
> Patrick Gay
> Irving Middle School
>
>
> On Mon, Jan 25, 2016 at 4:33 PM, Wakefield, Charles <Charles.Wakefield@sodexo.com>
> wrote:
> Patrick,
> Will you be available on Wednesday 01-27-16 at 4:00 pm to meet with Kevin and me.
>
> Kk
> Sent from my iPhone
>
> > On Jan 25, 2016, at 1:06 PM, Patrick Gay <pgay@norman.k12.ok.us> wrote:
> >
> > Mr. Wakefield, Mr. Benda,
> >
> > Unfortunately I am still receiving many complaints of classrooms not being cleaned
> properly. I request that my teachers email me every morning that trash is not removed and
> carpets not cleaned. I receive these emails multiple times in a week. The minimum requirements
> as I understand them is that each room's trash is removed, carpets vacuumed and doors are
> locked. These requirements are continually not met throughout the building. I have received
> and reviewed the assessment of the custodial services provided by Mr. Wakefield and disagree
> with the overall assessment grade given. Mr. Wakefield commented on assessment given to me
> 1/22 that his findings were "unacceptable", but gave an overall percentage grade of 88 %. After
> reviewing multiple past assessments I have noticed that the vast majority of them share the
> common remarks and percentages. This needs clarification.
> > I feel that all of us need to meet and clarify the requirements of nightly custodial services as

well as to clarify the assessments listed on the custodial inspection sheets.
>
> Please inform me times that you both would be available to discuss these issues.
>
> Thank you,

This e-mail, attachments included, is confidential. It is intended solely for the addressees. If you are not an intended recipient, any use, copy or diffusion, even partial of this message is prohibited. Please delete it and notify the sender immediately. Since the integrity of this message cannot be guaranteed on the Internet, SODEXO cannot therefore be considered liable for its content.

Ce message, pieces jointes incluses, est confidentiel. Il est etabli a l'attention exclusive de ses destinataires. Si vous n'etes pas un destinataire, toute utilisation, copie ou diffusion, meme partielle de ce message est interdite. Merci de le detruire et d'en avertir immediatement l'expediteur. L'integrite de ce message ne pouvant etre garantie sur Internet, SODEXO ne peut etre tenu responsable de son contenu.

**Benda, Kevin**

| | |
|---|---|
| **From:** | Patrick Gay <pgay@norman.k12.ok.us> |
| **Sent:** | Wednesday, February 10, 2016 10:54 AM |
| **To:** | Benda, Kevin |
| **Subject:** | Irving Middle School |

Mr. Benda, North doors have been left unlocked multiple times this week.  Could you please help me ensure that night crew uses the allen wrench key to lock the northern building entry door.

Also, Sci-1 and Sci-3 both have not been cleaned this week.  I spent my morning pulling the trash out and sweeping the floors of those two classrooms. I will speak to night crew about making sure they check those rooms tonight.  Just wanted to make you aware.

thank you sir,

Mr. Gay

SODEXO 1199

## EMPLOYEE ATTENDANCE RECORD 2015-2016

| EMPLOYEE NAME | Nelson, Mark | | SAFETY MEETINGS | |
|---|---|---|---|---|
| DATE HIRED | *09-08-15* | | SEPTEMBER | JANUARY |
| | | | OCTOBER | FEBRUARY |
| SCHOOL | Regan | | NOVEMBER | MARCH |
| | | | DECEMBER | APRIL |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | | | | | | | | | | | | | | | | | | 4 | 5 | 3 | 3 | | | 4 | 4 | 4 | 4 | R | | | 5 |
| SEPT | 5 | 7 | 7 | 4 | | | H | 4 | 4 | 4 | 5 | | | 6 | 4 | 5 | 4 | 4 | | | 4 | 4 | 4 | 0 | | | C | 4 | 4 | | X |
| OCT | 6 | 6 | | 5 | 4 | 6 | 6 | 6 | | 5 | 5 | 5 | 4 | 5 | | | | 8 | 8 | 5 | 5 | 5 | | | 4 | 4 | 4 | 4 | 5 | | |
| NOV | 5 | 5 | 5 | 4 | 4 | | | 4 | 5 | 4 | 4 | | | 4 | 4 | 4 | 4 | | | 4 | 4 | V | H | H | | | | | 6 | | X |
| DEC | 5 | 5 | 5 | | | 8 | 5 | 5 | 8 | 5 | | | 9 | 6 | 5 | 8 | | | | | | | H | | | | | | | | |
| JAN | H | | | | 5 | 4 | 4 | 8 | | | 7 | 5 | 4 | 4 | 7 | | | H | 7 | 6 | 3 | 4 | | | 6 | 5 | 5 | 5 | 4 | 7 | |
| FEB | 4 | 4 | 5 | 6 | 6 | | | | | | | | | | | H | | | | | | | | | | | | | | X | X |
| MAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | H | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X |
| JULY | | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | S-SICK | H-HOLIDAY | V-VACATION | B- BEREAVEMENT | LO- LAY-OFF | R- REQUESTED DAY OFF |
|---|---|---|---|---|---|---|

12 called in dge
13
no school
14

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**EMPLOYEE ATTENDANCE RECORD    2014-2015**

| EMPLOYEE NAME | Nelson, Mark | SAFETY MEETINGS |
|---|---|---|

| DATE HIRED | *09-08-14* | SEPTEMBER | JANUARY |
|---|---|---|---|
| | | OCTOBER | FEBRUARY |
| SCHOOL | | NOVEMBER | MARCH |
| | | DECEMBER | APRIL |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPT | H | | | | | | | | | | | | | | | | | | | | | | | | S | 4 | 4 | | | 4 | L | X |
| OCT | 4 | 4 | 4 | | 4 | 4 | | 4 | LO | LO | | | 4 | 4 | 4 | 4 | | 4 | | | 4 | 4 | 4 | 4 | | | | 4 | 4 | 4 | L | L |
| NOV | | | 4 | 4 | 4 | 4 | NS | | 4 | 4 | 4 | 4 | 4 | | | NS | 4 | 4 | 4 | 4 | | | 4 | 4 | NS | H | H | | | | X |
| DEC | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | | | S | S | 4 | 4 | 4 | | | LO | LO | LO | H | LO | | | | LO | LO | LO |
| JAN | H | LO | | 4 | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | S | 4 | | | H | 4 | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | | | |
| FEB | | 4 | 4 | 4 | 4 | 4 | | | S | S | S | 4 | 4 | | H | 4 | 4 | 4 | 5 | | | 4 | NS | 4 | 4 | 4 | | X | X | X | |
| MAR | | 5 | 4 | NS | NS | 4 | | | 4 | 4 | 4 | 4 | LO | | LO | LO | LO | LO | LO | | | 4 | 4 | 4 | 4 | 4 | | | 4 | 4 | |
| APR | 4 | S | 4 | | | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | X |
| MAY | – | | | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | LO | | LO | S | S | 4 | 4 | | | H | | | | X |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X |
| JULY | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| S-SICK | H-HOLIDAY | V-VACATION | B- BEREAVEMENT | LO- LAY-OFF | R- REQUESTED DAY OFF |
|---|---|---|---|---|---|

SODEXO 1201