**From:** Failing
**Subject:** RE: Your FY14 Performance Evaluation
**Date:** April 13, 2015 at 10:22 PM
**To:** Wakefield, Charles Charles.Wakefield@sodexo.com

Hello Charles,

I need to follow up with you in regard to your FY14 Performance Evaluation, specifically in regards to your disagreement with the overall rating from your Supervisor. What time of day would it be best to speak with you on the phone this week?

Please let me know and thank you in advance.

-----------------------------------------------------------

**Lisa R Failing**
Director, Human Resources
**On-site Service Solutions**
Education - Schools
Office: 425 481 9437
Cell:  425-231-2585
lisa.failing@sodexo.com

*Education HR Service Center:  855-763-3964*
Humanresources-education.usa@sodexo.com


**Sodexo Education**
**World leader in Quality of Daily Life Solutions:** www.sodexoUSA.com
Join in the fight against hunger: www.helpSTOPhunger.org

EXHIBIT 15

SODEXO 1252