

**sodexo**
QUALITY OF LIFE SERVICES

September 21, 2015

Charles Wakefield
1106 Sunny Brook Drive
Edmond, OK  73034

Dear Charles,

This letter will confirm your pay rate change effective Sept. 19, 2015. You will continue to report to Kevin Benda, ES/Custodial General Manager at Norman Public School.   This letter confirms the pay rate change extended to you for a weekly rate of $876.028, payable in bi-weekly installments.

All benefits for which you are currently enrolled in will remain in effect.

Congratulations and please feel free to contact me if you have any questions.

Sincerely,

Lisa Failing
Director, Human Resources

**Offer Acceptance**

I have read, understand and agree to the terms and conditions of the foregoing letter.  I understand that this is not an employment contract and that I am an employee at will.

SIGNED  _Declined_____        DATE _____
            **Charles Wakefield**

cc:     Kevin Benda, GM, ES/Custodial
        Employee File

5821 Fairview Road – Suite 400 – Charlotte, NC  28209
TEMP. NUMBER  704-280-3685

www.sodexoUSA.com

| EXHIBIT |
| --- |
| 16 |

WAKEFIELD 003494