**From:** **Thomas, Chuck** Chuck.Thomas@sodexo.com
**Subject:** RE: ACTIONS REQUIRED: RECLASSIFICATION LETTER - CHARLES WAKEFIELD
**Date:** October 7, 2015 at 1:21 PM
**To:** Wakefield, Charles Charles.Wakefield@sodexo.com, Failing, Lisa Lisa.Failing@sodexo.com
**Cc:** Benda, Kevin Kevin.Benda@sodexo.com, Heeb, Joseph Joseph.Heeb@sodexo.com

Charles,

I made the determination of 10 %. There are many factor that go into what our employees are paid. I will be happy to sit down with you in the next couple weeks to discuss this issue. I will get back with you next week to schedule some time.

Thanks,

-----------------------------------------------------------

**Chuck Thomas**
Regional Vice President
**On-Site Service Solutions**
K-12 Schools
T: 405 843 7799
Mb: 405 833 3503
chuck.thomas@sodexo.com

**Sodexo**
**World leader in Quality of Life Solutions:**
www.sodexoUSA.com
Join in the fight against hunger: www.helpSTOPhunger.org

---

**From:** Wakefield, Charles
**Sent:** Friday, October 02, 2015 3:45 PM
**To:** Failing, Lisa
**Cc:** Benda, Kevin; Heeb, Joseph; Thomas, Chuck
**Subject:** Re: ACTIONS REQUIRED: RECLASSIFICATION LETTER - CHARLES WAKEFIELD

Lisa,
Can you please tell me why you insist on giving me a 10 per cent increase when it is a lot less than I want to except and a lot less than my peer working in the same unit, with the same title, less experience, and less time with Sodexo?

Sent from my iPhone

On Oct 2, 2015, at 2:40 PM, Failing, Lisa <Lisa.Failing@sodexo.com> wrote:

> Charles,
> Trina is not responsible for any action for you except to process my request. You do not need to reply further to her please.
> And you are not required to sign the offer letter.
> However, we will stay with 10% your increase at this time.
>
> Sent from my iPhone

EXHIBIT 17

Sent from my iPhone

On Oct 2, 2015, at 2:28 PM, "Wakefield, Charles" <Charles.Wakefield@sodexo.com> wrote:

> Trina,
>
> I have researched my rights on whether or not to except the pay increase presented, and I have been advised that I can not be forced except a pay increase that is not fair and equal to my peers with less experience, less time with Sodexo, and with the exact same position and title. Therefore I am requesting the salary increase be reversed and I remain at the previous salary. Lisa is fully aware of my position on this matter and I remain firm on my decision.
>
> Thank you,
>
>
> CHARLES WAKEFIELD
> Norman PS, Custodial Services
> 4100 N. Flood, Suite #120
> Norman, Oklahoma 73069
> 405-573-3551 (Office)
> 405-414-5386 (Cell)
> cwakefield@norman.k12.ok.us
> charles.wakefield@sodexo.com
>
> ---
>
> **From:** Anzalone, Trina
> **Sent:** Thursday, October 01, 2015 7:37 AM
> **To:** Wakefield, Charles
> **Cc:** Failing, Lisa
> **Subject:** FW: ACTIONS REQUIRED: RECLASSIFICATION LETTER - CHARLES WAKEFIELD
>
> Charles,
>
> I've adjusted the letter to reflect today's date.  Please sign and return to me, as this salary change is per the legal department and Lisa Failing's request.
>
> Please contact Lisa Failing to discuss, if you have issues.
>
> Thank you,
>
> Trina Anzalone, SR HR Support Specialist
> Sodexo - Education Division
> 5821 Fairview Road – Suite 400
> Charlotte, NC  28209
> PHONE   980-335-5246  EXT.  24112
> E-FAX   980-202-5018

**From:** Wakefield, Charles
**Sent:** Wednesday, September 30, 2015 8:34 PM
**To:** Anzalone, Trina
**Subject:** RE: ACTIONS REQUIRED: RECLASSIFICATION LETTER - CHARLES WAKEFIELD

Trina,

The offer you sent to me is dated September 21, 2015 and it said I have 5 to 7 days to accept. I declined the offer in an email to you dated September 25, 2015, is well within the time limit provided. Therefore I can not see anything illegal to my not accepting the offer. Will you please reverse the adjustment that is in progress with ADP, I am sure it is a simple transaction and there is plenty of time before the next pay day.

Respectfully,


CHARLES WAKEFIELD
Norman PS, Custodial Services
4100 N. Flood, Suite #120
Norman, Oklahoma 73069
405-573-3551 (Office)
405-414-5386 (Cell)
cwakefield@norman.k12.ok.us
charles.wakefield@sodexo.com

---

**From:** Anzalone, Trina
**Sent:** Wednesday, September 30, 2015 10:17 AM
**To:** Wakefield, Charles
**Subject:** RE: ACTIONS REQUIRED: RECLASSIFICATION LETTER - CHARLES WAKEFIELD

Charles,

Attached is the salary adjustment that I've been informed you are required to accept, per the legal department. Lisa Failing just advised me on this.

Please sign and email or fax back to me for your personnel file. Your adjustment is already in effect in ADP.

Thank you,

Trina Anzalone, SR HR Support Specialist
Sodexo - Education Division
5821 Fairview Road – Suite 400
Charlotte, NC  28209
PHONE   980-335-5246   EXT.  24112
E-FAX   980-202-5018

**From:** Anzalone, Trina
**Sent:** Monday, September 28, 2015 3:30 PM
**To:** Wakefield, Charles
**Subject:** RE: ACTIONS REQUIRED: RECLASSIFICATION LETTER - CHARLES WAKEFIELD

Charles,

Thank you for confirming that you have declined the offer.

Trina Anzalone, SR HR Support Specialist
Sodexo - Education Division
5821 Fairview Road – Suite 400
Charlotte, NC  28209
PHONE   980-335-5246   EXT.  24112
E-FAX   980-202-5018

**From:** Wakefield, Charles
**Sent:** Friday, September 25, 2015 5:02 PM
**To:** Anzalone, Trina
**Subject:** Re: ACTIONS REQUIRED: RECLASSIFICATION LETTER - CHARLES WAKEFIELD

Hi Trina,
This email reply is to inform you that I do not except the new salary offer.

Thank you,

Charles Wakefield

Sent from my iPhone

On Sep 25, 2015, at 2:21 PM, Anzalone, Trina <Trina.Anzalone@sodexo.com> wrote:

> Charles,
>
> Just a reminder to email or fax me back a signed copy of your attached salary adjustment letter for your personnel file.  Your transfer has been completed in ADP.
>
> Thank you,
>
> Trina Anzalone, SR HR Support Specialist
> Sodexo - Education Division
> 5821 Fairview Road – Suite 400
> Charlotte, NC  28209

PHONE   980-335-5246   EXT.   24112
E-FAX    980-202-5018

**From:** Anzalone, Trina
**Sent:** Monday, September 21, 2015 2:51 PM
**To:** Wakefield, Charles
**Cc:** Benda, Kevin
**Subject:** ACTIONS REQUIRED: RECLASSIFICATION LETTER - CHARLES WAKEFIELD

Charles,

Attached is a copy of your salary adjustment letter to your new position.

Please sign a copy and email or fax back to me for your file, within 5-7 business days.

Please keep a copy for your records as well.

Thank you,

Trina Anzalone, SR HR Support Specialist
Sodexo - Education Division
5821 Fairview Road – Suite 400
Charlotte, NC  28209
PHONE   980-335-5246   EXT.   24112
E-FAX    980-202-5018


<Wakefield_Charles Salary ADJ 091915 Failing.pdf>