In an email from Lisa Failing (Director of Human Resources) She stated There is a freeze on wage increases. To All employees Through The Month of August 2015. During The Month of August, I was instructed to award wage increase to all employees listed below With v's Next To Their Names in column 2, by My General Manager Kevin Behr.

Effective Date was Aug. 07, 2015 Records will show

| NAME | Column2 | RATE PLUS | CURRENT RATE | INCREASE PLUS |
|---|---|---|---|---|
| 5128929 Evelia Alarcon Godoy | ✓✓ | $0.10 | $8.51 | $8.61 |
| 5954031 Brenda Alden | | $0.25 | $7.75 | $8.00 |
| 6144263 Amy Allen | ✓ | $0.25 | $7.87 | $8.12 |
| 6012793 John Ardizzone | | $0.25 | $9.00 | $9.25 |
| 6078991 Robert Ardizzone | | $0.25 | $8.71 | $8.96 |
| 5069567 William Bardgett | ✓✓ | $0.10 | $8.44 | $8.54 |
| 6277029 Robert Bedford | | $0.75 | $7.25 | $8.00 |
| 6085932 Mark Begley | | $0.75 | $9.00 | $9.75 |
| 5071734 Twilla Bell | | $0.50 | $7.98 | $8.48 |
| 5985589 Gordon Brown | | $0.25 | $8.29 | $8.54 |
| 6263303 Ty Bullock | | $0.75 | $7.25 | $8.00 |
| 5088424 Robert Carter | ✓✓ | $0.10 | $12.87 | $12.97 |
| 6246111 Bryan Cluck | | $0.75 | $7.25 | $8.00 |
| 6246097 Ryan Cluck | | $0.75 | $7.25 | $8.00 |
| 6219357 Shelly Coulter | | $0.75 | $7.75 | $8.50 |
| 5949264 Sarah Crawford | | $0.75 | $7.25 | $8.00 |
| 6186716 Carolyn Crowley | ✓✓✓ | $0.75 | $7.36 | $8.11 |
| 5069707 Eva Cruz | | $0.10 | $8.34 | $8.44 |
| 6267760 Mara Davis | | $0.75 | $7.75 | $8.50 |
| 6159582 Patricia Davis | | $0.75 | $7.36 | $8.11 |
| 6264641 Bruce Dixon | | $0.75 | $7.25 | $8.00 |
| 6262151 Scott Fischer | | $0.75 | $9.00 | $9.75 |
| 5106863 Maria Flores | | $0.10 | $8.28 | $8.38 |
| 5057470 Collette Gainey | ✓✓ | $0.10 | $14.73 | $14.83 |
| 6275411 Austin Gary | | $0.75 | $7.25 | $8.00 |
| 6099758 Davetta Geimausaddle | | $0.25 | $8.76 | $9.01 |
| 6169685 Elizabeth Golden | | $0.75 | $7.25 | $8.00 |
| 6124876 Wendy Guerrero | | $0.64 | $7.36 | $8.00 |
| 6265138 Carol Hacknauer | ✓ | $0.75 | $7.25 | $8.00 |
| 6018044 Emma Hamilton | | $0.25 | $8.45 | $8.70 |
| 6172798 Diana Hansmeyer | | $0.75 | $7.92 | $8.67 |
| 5080429 Joanie Harrison | | $0.10 | $9.11 | $9.21 |
| 6118825 James Hendrickson | | $0.25 | $12.69 | $12.94 |
| 5068606 Donald Hunter | | $0.75 | $7.36 | $8.11 |
| 5069916 Donna Inman | | $0.10 | $11.44 | $11.54 |
| 6266219 Robert Jacobs | ✓ | $0.75 | $7.75 | $8.50 |
| 6257268 George Jennings | | $0.75 | $7.25 | $8.00 |
| 6096557 William Jensen | | $0.75 | $7.39 | $8.14 |
| 6266143 Taylor Johnson | | $0.75 | $7.25 | $8.00 |

The employees without v's also recieved wage increases from their Manager My Counter associate.

**Plaintiff's Exhibit 8**   WAKEFIELD 003475