EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 564-2016-00573 |

Oklahoma Attorney General's Office, Office of CR Enforcement _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Charles A. Wakefield | (405) 340-9464 | 01-27-1949 |

Street Address: 1106 Sunny Brook Drive, Edmond, OK 73034

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SODEXO | 500 or More | (405) 481-9437 |

Street Address: 4100 N. Flood, Norman, OK 73069

DISCRIMINATION BASED ON (Check appropriate box(es).)

☑ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☑ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-28-2015   Latest: 02-08-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. In September 2015, I filed a charge of employment discrimination with the U. S. Equal Employment Opportunity Commission, Charge Number 564-2015-01475. Since I have exercised my rights to file a charge of employment discrimination, I have been subjected to retaliation in that management has more closely scrutinized my work activities and placed my on a Performance Improvement Plan (PIP) with the threat of termination if I do not improve.

II. No reason was given for the PIP other than my work performance needs to improve.

III. I believe I have been retaliated against for exercising my rights to file a charge of employment discrimination with the U. S. Equal Employment Opportunity Commission in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 17, 2016 — *Charles A. Wakefield* (Charging Party Signature)

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

WAKEFIELD 003558

**Plaintiff's Exhibit 40**