**Heeb, Joseph**
Thu, 18 Feb 2016 13:07:10 +0000
To: Benda, Kevin
FW: Charles Wakefield

Kevin – see Lisa's note below.

Let's prepare the term form if you are ready to move ahead.

Thank you,

Joe

_____

**Joseph C. Heeb**
District Manager
**On-Site Service Solutions**
Sodexo School Services
Mb: 214-418-0651
joseph.heeb@sodexo.com


**Sodexo Education**
**World leader in Quality of Life Services**: www.sodexoUSA.com
Join in the fight against hunger: www.helpSTOPhunger.org

---

**From:** Failing, Lisa
**Sent:** Wednesday, February 17, 2016 9:18 PM
**To:** Heeb, Joseph
**Cc:** Whitmore, Delia; Thomas, Chuck
**Subject:** Re: Charles Wakefield

I have not connected yet with one of our attorneys, but am comfortable that we have done our due diligence with Charles.
Write up his termination form ok? I will clear it by Friday when I can get back to the office. We will target Monday to term, then you can post position thereafter with Delia.


Sent from my iPhone

On Feb 17, 2016, at 6:55 PM, "Heeb, Joseph" <Joseph.Heeb@sodexo.com> wrote:

> Hi Lisa – I understand this takes a lot of time.  This is effecting our operations – can you provide advice?
>
> Thank you,
>
> Joe
>
> _____
>
> **Joseph C. Heeb**
> District Manager
> **On-Site Service Solutions**
> Sodexo School Services
> Mb: 214-418-0651

**Plaintiff's Exhibit 41**

SODEXO 1799

joseph.heeb@sodexo.com

**Sodexo Education**
**World leader in Quality of Life Services**: www.sodexoUSA.com
Join in the fight against hunger: www.helpSTOPhunger.org

---

**From:** Failing, Lisa
**Sent:** Friday, February 12, 2016 10:43 AM
**To:** Heeb, Joseph; Whitmore, Delia
**Cc:** Thomas, Chuck; Benda, Kevin
**Subject:** RE: Charles Wakefield

Was told EEOC case could go on for months from attorney supporting the case.  I will set up a call with legal to run it by them on termination of employment risk.

Lisa Failing, HRBP Schools
Sodexo NorAM Human Resources
425-231-2585

---

**From:** Heeb, Joseph
**Sent:** Thursday, February 11, 2016 5:16 PM
**To:** Failing, Lisa; Whitmore, Delia
**Cc:** Thomas, Chuck; Benda, Kevin
**Subject:** RE: Charles Wakefield

OK - we will remain in holding pattern until we hear back from you.


Thanks,

Joe Heeb
C - 214.418.0651


-------- Original message --------
From: "Failing, Lisa" <Lisa.Failing@sodexo.com>
Date: 02/11/2016 5:59 PM (GMT-06:00)
To: "Heeb, Joseph" <Joseph.Heeb@sodexo.com>, "Whitmore, Delia" <Delia.Whitmore@sodexo.com>
Cc: "Thomas, Chuck" <Chuck.Thomas@sodexo.com>, "Benda, Kevin" <Kevin.Benda@sodexo.com>
Subject: RE: Charles Wakefield

I was just thinking about Charles yesterday.
I have contacted the attorney for the EEO case and see where that is, then once I have that info. I will run it by our legal dept. to assess risk with his termination.
I am not fearing too much risk as his performance is WELL documented at this  point.


Lisa Failing, HRBP Schools
Sodexo NorAM Human Resources
425-231-2585


SODEXO 1800