**Benda, Kevin**

| | |
|---|---|
| **From:** | Peter Liesenfeld <peterl@norman.k12.ok.us> |
| **Sent:** | Friday, February 19, 2016 1:02 PM |
| **To:** | Benda, Kevin |
| **Cc:** | Chad Hall; Steve Spears |
| **Subject:** | Re: Kevin Benda Sodexo Custodial |

Negatives:
Outside trash doesn't appear to be done in weeks.
Floors are bearable, but certainly not what I would consider good or great.
Commons floor is a lost cause. I force myself not to look at the filth every time I have duty in the morning, during lunch, or walk by it during the day. I have to physically force myself to avert my eyes before becoming so angry I can't function for a few moments. It's not worth my stress any more at this point, so I do my best to ignore it. In summary: it's as bad or worse than it has been all year.
Hallways behind commons, especially near custodial offices, are equally filthy.
Not sure on classrooms/bathrooms/trash inside too much, but since I haven't heard specific complaints it is either because things are better, or teachers are tired of complaining and don't do it anymore.

Positives:
Erica is a great lead. She is working hard, cares about the school, is professional, and great to communicate with.
Kenny is fantastic during the day. Anything we need he is always attentive. He is responsive to us, and his crew.
The two leads are not to blame for this, in my opinion.

Heading in the right direction:
We need to work on the plan I spoke with you about. We need to not only work with students in this building to help gain pride for the school and themselves, to work on perseverance, grit, and character. The reality that continues to bombard us is that we either do not have the resources, or the personnel, to maintain this school. The reality is what it is, and I would much rather work on solutions than continue to receive inspection notices placed on my desk indicating that things could use improvement (which I certainly agree with) then no correction of the indicated deficiencies. I have wondered recently if these inspection notices are notices that I should be addressing with custodial staff? I thought it was for information only, but if I am supposed to address this, I can.

So, we can get students to do a lot of the leg work, they will volunteer to do it (we won't force anybody) we will have parent consent, and we will be able to do some of the things that can allow the personnel at night to focus more on the high priority needs.

**Plaintiff's Exhibit 42**