Norman Public Schools Mail - building                                  Page 1 of 3

 **NORMAN PUBLIC SCHOOLS**                    Kevin Benda &lt;kbenda@norman.k12.ok.us&gt;

---

## building
7 messages

---

**Kristie Eselin** &lt;keselin@norman.k12.ok.us&gt;                          Mon, Jan 12, 2015 at 7:14 AM
To: Kevin Benda &lt;kbenda@norman.k12.ok.us&gt;, Charles Wakefield &lt;blaykeh@norman.k12.ok.us&gt;

Luz and I just talked about the following not getting completed Friday or over the weekend:
-300 wing- no trash and vacuum completed
-room 103, 202 no trash emptied
all student restrooms were not cleaned

I know you are short handed but I am concerned about the cleaning in our building. We have worked hard to keep it looking new and we need some support.
If no one is here at night, I am also concerned that the building is left unlocked when it is not being used for basketball or scouts
Luz is taking care of this now but it pulls her from other areas needing attention.
thanks!

--

**Kristie Eselin, Principal**
**Truman Primary**
**601 Meadow Ridge Rd**
**Norman OK 73072**
**405.366.5950**
**405.307.6733 fax**

---

**Blayke** &lt;blaykeh@norman.k12.ok.us&gt;                                   Mon, Jan 12, 2015 at 7:38 AM
To: Kristie Eselin &lt;keselin@norman.k12.ok.us&gt;, Kevin Benda &lt;kbenda@norman.k12.ok.us&gt;

Hi Kristie, I am so sorry about the school. I was unaware that the 300 hall was uncompleted. I will speak with David. I was there Friday night to lock up and he was not there, which is normal. I worked with our new custodian for a while as well. I will speak to him about the two rooms he missed. Once again I apologize as this is unacceptable and I will correct it immediately.

**From:** Kristie Eselin
**Sent:** 1/12/2015 7:15 AM
**To:** Kevin Benda; Charles Wakefield
**Subject:** building

[Quoted text hidden]

---

**Kevin Benda** &lt;kbenda@norman.k12.ok.us&gt;                               Mon, Jan 12, 2015 at 9:43 AM
To: Blayke &lt;blaykeh@norman.k12.ok.us&gt;

David called in sick Friday.

Thank you......


PLAINTIFF'S EXHIBIT 5

https://mail.google.com/mail/u/0/?ui=2&ik=b5a9289cc5&jsver=-9j_g79i2Ak.en.&view=pt...   3/22/2018

Norman Public Schools Mail - North and South Gyms                                  Page 1 of 1


Kevin Benda <kbenda@norman.k12.ok.us>

## North and South Gyms
2 messages

**Bo Maynes** <bmaynes@norman.k12.ok.us>                                    Fri, Jul 28, 2017 at 7:18 PM
To: Blayke Humphrey <blaykeh@norman.k12.ok.us>, Kevin Benda <kbenda@norman.k12.ok.us>, Derek Loukx <derekloukx@gmail.com>
Cc: Aubrey Martin <aubreym2@norman.k12.ok.us>, Td O Hara <tohara@norman.k12.ok.us>

**Gentlemen,**

**Is there anyway we can get the North and South gym dry mopped and mopped once a week. The floors are so dirty that it really puts our athletes at risk of injury themselves. I would really appreciated it.**

**Thank you!**
--
**Bo Maynes
Athletic Director
Activities Director
Norman High School
(405) 366-5812**

This email, including any attachments, is intended only for the use of the individual to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify me immediately.

**blaykeh@norman.k12.ok.us** <blaykeh@norman.k12.ok.us>                         Fri, Jul 28, 2017 at 7:31 PM
To: Bo Maynes <bmaynes@norman.k12.ok.us>
Cc: Kevin Benda <kbenda@norman.k12.ok.us>, Derek Loukx <derekloukx@gmail.com>, Aubrey Martin <aubreym2@norman.k12.ok.us>, Td O Hara <tohara@norman.k12.ok.us>

We are having difficulty keeping the south gym cleaned. Tony informed me that he detailed it out earlier today in preparation for enrollment on Monday but we're unable to keep contractors, construction workers, IT, electricians, etc.. from using the area as a shortcut. The same goes for the theater as well. There have also been issues with students using the gyms without supervision causing us to have to repeatedly clean these areas. We will be more than happy to step up cleaning these areas more often, but it will mean having to pull staff from the requested duties of preparing the rest of the building for school opening and diverting them to those tasks. Currently we have a day custodian assigned to cleaning those areas once a week. If Brenda and Tony are not completing these tasks on a weekly basis, I will speak with them.

Sent from my iPhone
[Quoted text hidden]
[Quoted text hidden]



Kevin Benda <kbenda@norman.k12.ok.us>

---

## Fwd: Bathroom Issue
3 messages

**Justin Milner** <jmilner@norman.k12.ok.us>                                     Wed, Oct 25, 2017 at 4:08 PM
To: Kevin Benda <kbenda@norman.k12.ok.us>

Kevin,

I received this concern from staff regarding south female restroom at ASC.



**Justin Milner, Chief Operating Officer**
Operational Services, Norman Public Schools
405.366.5874 | 131 South Flood | normanpublicschools.org |

*To prepare and inspire all students to reach their full potential*

Integrity :: Inclusiveness :: Collaboration :: Optimism

---------- Forwarded message ----------
From: **Natalie Eckert** <neckert@norman.k12.ok.us>
Date: Wed, Oct 25, 2017 at 3:50 PM
Subject: Fwd: Bathroom Issue
To: Justin Milner <jmilner@norman.k12.ok.us>

**Natalie Eckert**
Operational Services
*Board Of Education Clerk*
131 South Flood, Norman, OK 73069
405-366-5874 | Normanpublicschools.org



I hate to be the one to address it but the South end bathroom is DISGUSTING. For at least the last 3 days the toilets have not been cleaned, there are stains, excrement, and noticeable brown water lines starting to appear in all three stalls. (I attached her so she could see since she's not here this afternoon to send an email as well) and I have both had to go in first thing in the morning and replace toilet paper because they've been left empty. There is soap on the mirror that has been caked up for a few weeks. The floor is dirty as well. I attached pictures so you could see what we've been seeing for the last few days. Yet again, I HATE to be the person who says it, but it's grossing us all out down here.

📷 IMG_7192.JPG

📷 IMG_7194.JPG

SODEXO 2305


**NORMAN** PUBLIC SCHOOLS

Kevin Benda <kbenda@norman.k12.ok.us>

## Re: Floors
2 messages

**Dave Gibson** <gibsond@norman.k12.ok.us>                    Mon, Sep 19, 2016 at 12:56 PM
To: Katy Nickell <knickell2@norman.k12.ok.us>
Cc: Scott Beck <sbeck@norman.k12.ok.us>, Brad Benson <bbenson@norman.k12.ok.us>
Bcc: kbenda@norman.k12.ok.us

Katy, Thanks for the update. I will be working with SODEXO on this.

**Dave Gibson**
**Assistant Principal**
**Norman High School**
**405-366-5814**

*"He is no fool who gives what he cannot keep to gain what he cannot lose."*
                                                                   **Jim Elliot**

On Thu, Sep 15, 2016 at 3:48 PM, Katy Nickell <knickell2@norman.k12.ok.us> wrote:
> Ok. So my floors were partially "cleaned" last night. It was a very half asked to say the least. I included
> pictures in the first email I sent to you. You can compare it to the pictures I'm attaching now and you can
> see that the areas pictured are just as dirty. It's frustrating because the second picture includes gum that
> was stuck to the floor that I pointed out to the custodian when we spoke the other night. He said he had
> a scrapper that could get it up. But it's still there. There is a wad of play doh (I think that is just inside the
> hallway doors in the hall that has been there all week. I cleaned up some other areas of the same stuff
> earlier in the week but I was waiting to see how long until this was cleaned up but it's still there. The halls
> are gross. It's sad because we have a great building over here and it's just getting grosser and grosser.
>
> Thanks for helping me with this.
>
> Katy
>
> On Tue, Sep 13, 2016 at 9:07 AM, Katy Nickell <knickell2@norman.k12.ok.us> wrote:
>> My floors are not being cleaned at all. We just started our ceramics unit and I really need them to be
>> wet mopped on a regular basis. If it's going to be impossible for me to get my floors cleaned I'm going
>> to be unable to do my clay unit which is half, if not more, of my curriculum for 3D.
>>
>> Please help!
>>
>> Thanks,
>>
>> Katy Nickell



Kevin Benda <kbenda@norman.k12.ok.us>

## Cleanliness of rooms - parent complaint
3 messages

**Craig Stevens** <cstevens@norman.k12.ok.us>                Mon, Oct 3, 2016 at 9:07 AM
To: Blayke Humphrey <blaykeh@norman.k12.ok.us>, Kevin Benda <kbenda@norman.k12.ok.us>

Blayke and Kevin,

I mentioned a few weeks ago that rooms 27 and 30 were extremely dirty. I had a parent complaint this morning that room 27 was too dirty for students to be in it. Please check and see why Billy isn't getting to these rooms enough?

Sincerely,

Craig

Dr. Craig Stevens
Principal
Jackson Elementary School
366-5884

*This email, including any attachments, is intended only for the use of the individual to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify me immediately.*

**Kevin Benda** <kbenda@norman.k12.ok.us>                Mon, Oct 3, 2016 at 9:24 AM
To: Craig Stevens <cstevens@norman.k12.ok.us>
Cc: Blayke Humphrey <blaykeh@norman.k12.ok.us>

I will visit with him this afternoon.
[Quoted text hidden]
--
Kevin Benda
Custodial Services
Norman Public Schools
Office (405) 573-3551
Cell (405) 740-4902
kbenda@norman.k12.ok.us
Kevin.Benda@Sodexo.com

**Craig Stevens** <cstevens@norman.k12.ok.us>                Mon, Oct 3, 2016 at 9:25 AM
To: Kevin Benda <kbenda@norman.k12.ok.us>

Thanks

Dr. Craig Stevens
Principal
Jackson Elementary School
366-5884

Norman Public Schools Mail - Fwd: Portables     Page 1 of 2

   Kevin Benda <kbenda@norman.k12.ok.us>

## Fwd: Portables
2 messages

**Craig Stevens** <cstevens@norman.k12.ok.us>     Mon, Oct 10, 2016 at 1:47 PM
To: Kevin Benda <kbenda@norman.k12.ok.us>, Blayke Humphrey <blaykeh@norman.k12.ok.us>

Please make sure Billy remembers the trash daily in the portables.

Thanks,

Craig

Dr. Craig Stevens
Principal
Jackson Elementary School
366-5884

---------- Forwarded message ----------
From: **Crystal Harkness** <crystalh@norman.k12.ok.us>
Date: Sun, Oct 9, 2016 at 6:20 PM
Subject: Portables
To: Craig Stevens <cstevens@norman.k12.ok.us>

Hi, I just wanted to let you know the Janitor left the trash in my room over the break. It smelled like barf in my room, and my trash had maggots. I emptied the trash and just left the cans on my ramp. They need to be washed out, and I could not put them in my car to bring them home because of the smell.

Ch

*This email, including any attachments, is intended only for the use of the individual to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify me immediately.*

*This email, including any attachments, is intended only for the use of the individual to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify me immediately.*

**Kevin Benda** <kbenda@norman.k12.ok.us>     Mon, Oct 10, 2016 at 2:07 PM
To: Craig Stevens <cstevens@norman.k12.ok.us>
Cc: Blayke Humphrey <blaykeh@norman.k12.ok.us>

Blayke,

Please make sure Billy remembers the portables.

Thank you.

https://mail.google.com/mail/u/0/?ui=2&ik=b5a9289cc5&jsver=-9j_g79i2Ak.en.&view=pt...   3/23/2018

Norman Public Schools Mail - The evening janitorial services    Page 1 of 6



**NORMAN PUBLIC SCHOOLS**

Kevin Benda <kbenda@norman.k12.ok.us>

## The evening janitorial services
10 messages

**Stephanie Peters** <speters@norman.k12.ok.us>     Mon, Feb 22, 2016 at 11:38 AM
To: Kevin Benda <kbenda@norman.k12.ok.us>
Cc: Rosita Linden <rlinden@norman.k12.ok.us>

Hello Mr. Benda,

I am not sure if you are the person to contact or not. The picture attached below is of a bathroom located in the north wing of our building here at Adams. This happens on several occasions. We have had to buy cleaning supplies to clean ourselves, we have had to buy wash clothes to dry our hands with because our paper towels are not regularly restocked, we do the daily vacuuming ourselves, as well as supply our own soap, and now toilet paper has become an issue. So for the last week our bathroom hasn't been stocked of toilet paper, soap, paper towels nor the trash emptied. This sadly has been an ongoing experience, which saddens us. As we have spoken up locally I feel the issue can't be corrected unless those who matter are aware. In our classroom as in every classroom we house delicate little people, ours happen to be a little more delicate then the ordinary and we are trying are hardest to keep them as healthy as possible. These conditions are making this plight a lot harder. Thank you for your time and consideration in this matter.

Room #105 at Adams Elementary

Sent from my iPhone



IMG_5463.JPG
109K

**Kevin Benda** <kbenda@norman.k12.ok.us>     Mon, Feb 22, 2016 at 11:42 AM
To: Blayke <blaykeh@norman.k12.ok.us>

What is going on?

Thank you.

Kevin Benda
Norman Public Schools

https://mail.google.com/mail/u/0/?ui=2&ik=b5a9289cc5&jsver=-9j_g79i2Ak.en.&view=pt...    3/22/2018


Kevin Benda <kbenda@norman.k12.ok.us>

## Roosevelt Concerns
3 messages

**Tiffany Dixon** <tdixon2@norman.k12.ok.us>                     Thu, Sep 22, 2016 at 9:20 AM
To: Kevin Benda <kbenda@norman.k12.ok.us>

Good morning, Kevin.

I hope your new school year has started off well. I first want to say that I LOVE working with my nutrition team. They are hard working, flexible, and show alot of initiative for the sake of the students.

I do want to touch base about the custodial staff. My main concern is with Donnie. He takes a remarkable amount of breaks. My perception is that there is a break taken at LEAST every hour if not more. To be honest, I wouldn't care except the classrooms are not getting clean. I have some teachers now vacuuming their own rooms which causes the frustration on my part. I understand employees that need to take nicotine breaks but these are in addition to coming and sitting in the office for long phone calls multiple times in the evening. I believe there is a phone in their office? My secretary couldn't figure out what was left around her desk so after pulling video it seems that possibly Donnie scratches his skin obsessively during the phone calls which leaves skin covering her chair, desk and phone.
When a classroom is being cleaned, teachers have commented that Donnie may spend their entire 40 minute plan vacuuming a single room.
The west side doors are also unlocked every morning when my first teacher arrives around 6:20.

I am coming to you because I am hoping my concerns can be voiced in a way other than, "The principal said you...."

That sometimes can make for a hostile environment which again ends up impacting the teachers in a negative way.

Let me know if you need me to do anything on my end.

Tiffany

--
Tiffany Dixon, Principal
Theodore Roosevelt Elementary
tdixon2@norman.k12.ok.us
(405) 447-6581

"The greatest natural resource is the minds of our children."
                                                Walt Disney

This email, including any attachments, is intended only for the use of the individual to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify me immediately.

**Kevin Benda** <kbenda@norman.k12.ok.us>                        Thu, Sep 22, 2016 at 9:49 AM
To: Tiffany Dixon <tdixon2@norman.k12.ok.us>

Tiffany,

SODEXO 2184

Norman Public Schools Mail - Fwd: Janitors                                                           Page 1 of 2



**NORMAN PUBLIC SCHOOLS**

Kevin Benda <kbenda@norman.k12.ok.us>

## Fwd: Janitors
4 messages

**Craig Stevens** <cstevens@norman.k12.ok.us>                              Thu, Feb 16, 2017 at 10:49 AM
To: Kevin Benda <kbenda@norman.k12.ok.us>, Blayke Humphrey <blaykeh@norman.k12.ok.us>

Kevin and Blayke,

Please read this email and help me. I really want you to clean this portable's carpet and clean the room properly. I don't want to lose a good teacher. Please let me know if you can clean the carpet soon.

Thanks,

Craig

Dr. Craig Stevens
Principal
Jackson Elementary School
366-5884

---------- Forwarded message ----------
From: **Crystal Harkness** <crystalh@norman.k12.ok.us>
Date: Thu, Feb 16, 2017 at 7:34 AM
Subject: Janitors
To: Craig Stevens <cstevens@norman.k12.ok.us>


This is what I was going to email you yesterday. I never sent it because I was afraid that I was just upset and was speaking out of frustration. However after coming in my room this morning and seeing that again my trash has not been taken out or my room vacuumed I don't feel so bad anymore.

I just want to make you aware that yesterday NONE of the trash was taken out of the portables after the parties. None of the floors were vacuumed. My large trash bag that we emptied the trash into was chewed through and leaked stuff on the carpet. I even put a note on the door yesterday to please be sure to vacuum our room very good because we have mice. I suppose really good means not at all and leave all the food trash in here. I had to spray my carpets with vinegar again this morning because of the smell of urine. I need my carpets cleaned. I need my furniture moved out from the walls and the perimeter of the room cleaned as well. The mice do not come and pee and poop in the middle of the room. It has gotten to the point that I do not want to work here anymore. I have said since this summer when I first noticed the mouse problem that the kids deserve better than this, but so do I. Last year my class had the best attendance in 4th grade. This year I have kids missing weeks at a time, and I don't ever feel good. Not to mention I can't afford to get sick because I am taking care of someone who is ill, and they depend on me for care. If they will not clean my carpets I am going to have a company come out and do it, and that will be the last dime I spend on this classroom. The janitor manager said that the janitors only get 12 minutes per classroom. He only spends 4 1/2 in my room. I've timed him. So if we just had our 100th day of school and they only clean every other day the left over 7 1/2 minutes times those 50 days they should have been cleaning leaves them with 375 minutes of cleaning that my classroom is owed. That is over 6 hours of work that has not been put into my room that I want spent cleaning the carpet. They normally do it every year before school starts, and I never even got is done then. So I'm working on two years of mouse feces minimum.

ch

SODEXO 2255

you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify me immediately.

**3 attachments**


**IMG_4250.JPG**
662K


**IMG_4249.JPG**
764K


**IMG_4248.JPG**
858K

**Kevin Benda** <kbenda@norman.k12.ok.us>　　　　　　　　　　　　Wed, Oct 5, 2016 at 9:25 AM
To: Dave Gibson <gibsond@norman.k12.ok.us>
Cc: Blayke Humphrey <blaykeh@norman.k12.ok.us>, Scott Beck <sbeck@norman.k12.ok.us>

Blayke,

This is getting very old. Please do something immediately. Let me know if you need my assistance.

Thank you.

Kevin Benda
Norman Public Schools
Custodial Services
Cell - (405) 740-4902
Office - (405) 573-3551
kbenda@norman.k12.ok.us
kevin.benda@sodexo.com

Norman Public Schools Mail - Fwd: Floors again  Page 1 of 3

 **NORMAN PUBLIC SCHOOLS**

Kevin Benda <kbenda@norman.k12.ok.us>

## Fwd: Floors again
4 messages

**Dave Gibson** <gibsond@norman.k12.ok.us>  Wed, Oct 5, 2016 at 9:11 AM
To: Kevin Benda <kbenda@norman.k12.ok.us>, Blayke Humphrey <blaykeh@norman.k12.ok.us>, Scott Beck <sbeck@norman.k12.ok.us>

FYI
**Dave Gibson**
**Assistant Principal**
**Norman High School**
**405-366-5814**

*"He is no fool who gives what he cannot keep to gain what he cannot lose."*
                                             Jim Elliot

---------- Forwarded message ----------
From: **Katy Nickell** <knickell2@norman.k12.ok.us>
Date: Tue, Oct 4, 2016 at 9:05 AM
Subject: Floors again
To: gibsond@norman.k12.ok.us, Scott Beck <sbeck@norman.k12.ok.us>, bbenson@norman.k12.ok.us

I must have spoke to soon. My floors we cleaned once last week. I'm not sure why this can't be a done on a regular basis. Please help!

--
*This email, including any attachments, is intended only for the use of the
individual to which it is addressed and may contain confidential
information that is legally privileged and exempt from disclosure under
applicable law. If the reader of this message is not the intended
recipient, you are notified that any review, use, disclosure, distribution
or copying of this communication is strictly prohibited. If you have
received this email in error, please notify me immediately.*

Sent from my iPhone

This email, including any attachments, is intended only for the use of the individual to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient,

https://mail.google.com/mail/u/0/?ui=2&ik=b5a9289cc5&jsver=-9j_g79i2Ak.en.&view=pt...  3/23/2018