| | |
|---|---|
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| d Control number   Dept. | Corp.   Employer use only |

c Employer's name, address, and ZIP code
SODEXO OPERATIONS LLC
P.O. BOX 17033
AUGUSTA GA 30903

| | |
|---|---|
| b Employer's FED ID number | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
CHARLES A WAKEFIELD

| | |
|---|---|
| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

OK.State Reference Copy
**W-2** Wage and Tax Statement **2016**
OMB No 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

WAKEFIELD 003893