# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHARLES A. WAKEFIELD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No.   CIV-17-1006-R |
| | ) |
| **SODEXO USA,** | ) |
| | ) |
|     **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed between the parties that the above-captioned action is hereby voluntarily dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear their own costs and fees.

| | |
|---|---|
| s/ Melvin C. Hall | s/Jeremy Tubb |
| Melvin C. Hall, OBA No. 3728 | (signed by filing attorney with permission) |
| Danny K. Shadid, OBA No. 8104 | Jeremy Tubb, OBA No. 16739 |
| RIGGS, ABNEY, NEAL, TURPEN, | Tiffany J. Wythe, OBA No. 21405 |
|   ORBISON & LEWIS | Matthew S. Panach, OBA 22262 |
| 528 NW 12th Street | FULLER TUBB & BICKFORD, PLLC |
| Oklahoma City, OK 73103 | 201 Robert S. Kerr Ave., Suite 1000 |
| Telephone: (405) 843-9909 | Oklahoma City, Oklahoma 73102-4216 |
| Facsimile: (405) 842-2913 | Telephone: (405) 235-2575 |
| Email: mhall@riggsabney.com | Facsimile: (405) 232-8384 |
|       dshadid@riggsabney.com | Email: jeremy.tubb@fullertubb.com |
| ATTORNEY FOR PLAINTIFF |       tiffany.wythe@fullertubb.com |
| |       panach@fullertubb.com |
| | ATTORNEYS FOR DEFENDANT |